No. 1012. NATIONAL SPONGE CUSHION CO., INC. *v.* ALLEN INDUSTRIES, INC., ET AL. C. A. 3d Cir. Certiorari denied. *Sidney Neuman, William J. Birmingham,* and *Louis M. Welsh* for petitioner. *Don K. Harness* for respondents.

No. 1019. CHAS. PFIZER & CO., INC. *v.* FEDERAL TRADE COMMISSION. C. A. 6th Cir. Certiorari denied. *Arthur G. Connolly, John E. F. Wood, Thomas S. Lodge,* and *F. L. Peter Stone* for petitioner. *Solicitor General Griswold, Assistant Attorney General McLaren,* and *Jerold D. Cummins* for respondent.

No. 1020. JARKA CORP. *v.* MITSUI SEMPAKU K. K. C. A. 3d Cir. Certiorari denied. *F. Hastings Griffin, Jr.,* for petitioner. *Thomas F. Mount* for respondent.

No. 1023. RATH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William J. MacDaniels* for petitioner. *Solicitor General Griswold* for the United States.

No. 1025. COCHRANE *v.* LANGLOIS, WARDEN. Sup. Ct. R. I. Certiorari denied. *Milton Stanzler* and *Melvin L. Wulf* for petitioner. *Herbert F. DeSimone,* Attorney General of Rhode Island, and *Donald P. Ryan,* Assistant Attorney General, for respondent.

No. 1027. WHITE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Dan L. Johnston* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.